## No. 8840.

THE MECHANICS' & TRADERS' INSURANCE CO. VS. TEMPLE S. COONS.

The holder of a check, in order to recover against the drawer, must prove due presentment and notice of non-payment, or some legal excuse for the absence thereof.

Where there is no evidence on these points, he will be non-suited.

Where a note signed by an agent, whose authority is denied, and containing the endorsement of sundry credits, is received in evidence without objection, and the authority of the agent is established by his own testimony, the credits will serve as corroborating circumstances in support of his evidence, in absence of explanation of the same.

APPEAL from the Eighth District Court, Parish of Madison. *Delony*, J.

---

*A. L. Slack* for Plaintiff and Appellee.

*J. C. Seale* for Defendant and Appellant.

---

The opinion of the Court was delivered by FENNER, J.